### SMITH *v.* THE STATE.

FISH, J. Following the decision rendered at the present term in *Welborne* v. *State*, this court has no jurisdiction of a writ of error from the criminal court of Atlanta.

*Writ of error dismissed. All the Justices concurring, except Little, J., absent.*

Argued January 20, — Decided March 12, 1902.

Writ of error from the criminal court of Atlanta.

·*S. C. Crane*, for plaintiff in error.
*E. R. Black, solicitor*, contra.